**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEPHANY BAKER,

        Plaintiff,

v.                                    Case No.: 6:23-cv-2030-WWB-RMN

VIMEO.COM, INC.,

        Defendant.

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on November 13, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record